155 So. 917

## J. W. DAVIDSON v. STATE.
### 8 Div. 903.

Court of Appeals of Alabama.
May 22, 1934.

SAMFORD, Judge.
Appeal dismissed.

155 So. 917

## J. W. DAVIDSON v. STATE.
### 8 Div. 911.

Court of Appeals of Alabama.
May 22, 1934.

RICE, Judge.
Appeal dismissed.

155 So. 917

## J. W. DAVIDSON v. STATE.
### 8 Div. 912.

Court of Appeals of Alabama.
May 22, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed.

159 So. 914

## Will DAVIDSON v. STATE.
### 8 Div. 8.

Court of Appeals of Alabama.
Feb. 12, 1935.

SAMFORD, Judge.
Affirmed.

153 So. 920

## Arthur DAVIS v. STATE.
### 8 Div. 895.

Court of Appeals of Alabama.
March 6, 1934.

BRICKEN, Presiding Judge.
Affirmed.

154 So. 921

## Jeff, alias Jefferson, DAVIS v. STATE.
### 6 Div. 576.

Court of Appeals of Alabama.
May 8, 1934.

RICE, Judge.
Appeal dismissed.

157 So. 916

## Harley DAVIS v. STATE.
### I Div. 192.

Court of Appeals of Alabama.
Oct. 16, 1934.

PER CURIAM.
Appeal dismissed on motion of appellant.

159 So. 914

## Luther DAVIS v. STATE.
### 8 Div. 31.

Court of Appeals of Alabama.
Feb. 26, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.